No. 10–7529. TURNER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 10–7530. WELLS v. JONES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–7531. WHITE v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7532. WILLIAMS v. MASSEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7533. YOUNG v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–7537. HUERTA v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–7541. THREATT v. ARREDIA ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7542. YBARRA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7547. ALLEN v. SCRIBNER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7551. MILLER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–7552. SHEETS, AKA WALKER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 10–7553. PRESLEY v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–7554. MENDOZA v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–7558. SHANEBERGER v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7559. STEWART v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.